# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

APPLES GEORGE,

    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC., JOHN DOE(S) 1-3; and ABC CORPORATION,

    Defendants.

_____/

CASE NO.

## NOTICE OF REMOVAL

COMES NOW Defendant Publix Super Markets, Inc. ("Publix"), by and through the undersigned counsel, and files this Notice of Removal of Case Number 2024SC001113 from the State Court of Hall County, Georgia, to the United States District Court for the Northern District of Georgia, Gainesville Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Publix shows this Court as follows:

### INTRODUCTION

1. Plaintiff Apples George ("Plaintiff") initially commenced this action on July 31, 2024 by filing a Complaint in the State Court of Hall County, Georgia, styled "Apples George v. Publix Super Markets, Inc. John Doe(s) 1-3; and ABC Corporation," Case No. 2024SV001113.

2. On November 1, 2024, Publix filed a Notice of Removal to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. This Court ultimately dismissed Case No. 2:24-cv-00255-SCJ without prejudice on March 19, 2025.

3. On April 16, 2025, Plaintiff filed the instant Renewal Complaint for Damages in the State Court of Hall County, Georgia, styled "Apples George v. Publix Super Markets, Inc., John Doe(s) 1-3; and ABC Corporation," Case No. 2025SV000695. Plaintiff alleges personal injuries resulting from an incident occurring at a Publix store in Flowery Branch, Georgia on September 3, 2022.

4. The Summons and Complaint in the renewal action were first received by Publix through its registered agent on May 7, 2025. Pursuant to 28 U.S.C. § 1446(a), attached hereto are copies of the following pleadings and other filings within the action initially filed in the State Court of Hall County, Georgia:

Exhibit A.   Renewal Complaint;

Exhibit B.   Summons for Publix Super Markets, Inc.;

Exhibit C.   Summons for John Doe(s) 1-3;

Exhibit D.   Summons for ABC Corporation;

Exhibit E.   Case Information Form; and

Exhibit F.   Affidavit of Service for Defendant Publix Super Markets, Inc.

**REMOVAL UNDER 28 U.S.C. § 1332(a): COMPLETE DIVERSITY OF CITIZENSHIP**

5. Plaintiff is and was at the time of filing her Renewal Complaint an adult individual as well as a citizen of the State of Georgia.

6. Publix is an was at the time of filing of Plaintiff's Renewal Complaint a business corporation organized under the laws of the State of Florida, having its principal place of business at 3300 Publix Corporate Parkway, Lakeland, FL 33801. Publix is a citizen of Florida.

7. Complete diversity of citizenship exists between the parties, and removal is proper pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441.

**REMOVAL UNDER 28 U.S.C. § 1332(a): AMOUNT IN CONTROVERSY**

8. The amount in controversy is measured "on the date on which the court's diversity jurisdiction is first invoked, in this case on the date of removal." *The Burt Co. v. Clarendon Nat. Ins. Co.*, 385 F. App'x 892, 894 (11th Cir. 2010). Although Publix is not required "to prove the amount in controversy beyond all doubt or to banish all uncertainty about it," *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754 (11th Cir. 2010), Publix must show by a preponderance of the evidence that Plaintiff's claim meets the threshold jurisdictional amount in excess of $75,000.00. *See Wineberger v. RaceTrac Petroleum, Inc.*, 672 F. App'x 914, 916-17 (11th Cir. 2016). Additionally, pursuant to 28 U.S.C. § 1446(c)(3)(A), "information relating to the amount in controversy in the record of the State proceeding, or in responses to discovery, shall be treated as an 'other paper' under

subsection (b)(3)." *Accord Jackson v. Wal-Mart Stores E., LP*, No. 4:20-CV-56 (CDL), 2020 WL 3960391, at *3 (M.D. Ga. July 13, 2020).

9. In the original action, Case No. 2024SV001113, Publix served on Plaintiff "Defendant's Requests for Admission to Plaintiff," attached hereto as "Exhibit G." Under Georgia law, Plaintiff had thirty (30) days to respond, otherwise these requests were admitted. O.C.G.A. § 9-11-36(a)(2). Plaintiff responded on October 3, 2024, and admitted "[t]hat [she] is claiming more than $150,000 in damages in this case." Plaintiff's responses to Publix's Requests for Admission in Case No. 2024SV001113 are attached hereto as "Exhibit H." Plaintiff's admissions "unambiguously establish federal jurisdiction" for the purposes of removal under 28 U.S.C. §§ 1446(b) and (c). *Lowery v. Alabama Power Co.*, 483 F.3d 1184, 1213 (11th Cir. 2007); *see Middlebrooks v. Johnson & Johnson Co.*, No. 4:08-CV-54 (CDL), 2008 WL 4003926, at *3 (M.D. Ga. Aug. 26, 2008) (a plaintiff's admission in a state court hearing that she was seeking damages in excess of $75,000 provided an "unambiguous statement regarding the value of her claim" for the purposes of determining the amount in controversy required for removal to federal court).

10. Publix has shown by a preponderance of the evidence that the amount in controversy exceeds $75,000, *see Wineberger*, 672 F. App'x at 916-17, and removal is proper pursuant to 28 U.S.C. § 1332(a). The instant Renewal Complaint is based on "substantially the same cause(s) of action as the original [complaint]."

Exhibit A ¶ 7. Thus, the amount in controversy is the same, and Plaintiff's prior admission that she is seeking "more than $150,000" in damages applies to the instant action.

## ALL OTHER REQUIREMENTS FOR REMOVAL HAVE BEEN MET

11. This Notice of Removal is being timely filed pursuant to 28 U.S.C. §§1446(b)(3) and 1446(c)(3)(A). This Notice of Removal is being filed within 30 days of May 7, 2025, when Publix first received the Summons and Complaint in the renewal action.

12. Pursuant to 28 U.S.C. §1441(a) and N.D. Ga. L.R. App. A, II, the United States District Court for the Northern District of Georgia, Gainesville Division is the appropriate court for filing this Notice of Removal from the State Court of Hall County, Georgia, where the state court action was filed.

13. This Notice of Removal will be served promptly on Plaintiff and filed promptly with the State Court of Hall County, Georgia, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE Publix respectfully requests that this case be removed from the State Court of Hall County, Georgia, and that this case proceed in the United States District Court for the Northern District of Georgia, Gainesville Division.

Respectfully submitted this 5th day of June, 2025.

/s/ Joseph P. Menello
Joseph P. Menello, Esquire

                                          Georgia Bar No. 752378
                                        Austin C. Shaffer, Esquire
                                        Georgia Bar No. 313829
                                        *Attorneys for Defendant Publix Super Markets Inc.*

**WICKER SMITH O'HARA MCCOY & FORD, P.A.**
3414 Peachtree Road NE, Suite 960
Atlanta, Georgia 30326
Phone: (470) 466-1320
Fax: (404) 467-1771
jmenello@wickersmith.com
ashaffer@wickersmith.com
jpatterson@wickersmith.com
msullivan@wickersmith.com
atlcrtpleadings@wickersmith.com

- 6 -