Exhibit A

EFILED IN OFFICE
CLERK OF STATE COURT
HALL COUNTY, GEORGIA
2025SV000695
LARRY A. BALDWIN, II
APR 16, 2025 02:36 PM
Mark Pettitt, Clerk
Hall County, Georgia

**IN THE STATE COURT OF HALL COUNTY
STATE OF GEORGIA**

| | |
|---|---|
| APPLES GEORGE,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC., JOHN DOE(S) 1-3; and ABC CORPORATION,<br><br>Defendants. | RE: CIVIL ACTION FILE NO.<br><br>**2024SV001113**<br><br>Removed from the State Court of Hall County, Georgia and identified as Federal Civil Action File No.<br><br>**2:24-CV-00255-SCJ** |

## RENEWAL COMPLAINT FOR DAMAGES

Plaintiff, APPLES GEORGE, files this Renewed Complaint against Defendant, PUBLIX SUPER MARKETS, INC., JOHN DOE(S) 1-3; and ABC CORPORATION, stating as follows:

## PARTIES AND JURISDICTION

1. This is a renewal action pursuant to O.C.G.A. § 9-2-61.
2. Plaintiff first filed case number 2024SV001113 on July 31, 2024 prior to the expiration of the applicable statute of limitations (on/around September 3, 2024).
3. Plaintiff perfected service upon Defendant PUBLIX SUPER MARKETS, INC.'s registered agent Corporate Creations Network, Inc. at 2985 Gordy Parkway in Marietta, Georgia (Cobb County) 30066 on August 2, 2024, for which the affidavit of service was filed that same day

4. Case No. 2024SV001113 was then removed by motion of Defendant PUBLIX SUPER MARKETS, INC. to the Northern District Of Georgia, Gainesville Division of the United State District Court filed on November 1, 2024 and for which notice was made to this Honorable Court on November 4 of the same year.
5. The previous action was not a void action.
6. The previous action was a valid cause of action.
7. This renewed pleading is based on substantially the same cause(s) of action as the original.
8. The original action was not dismissed on the merits.
9. Plaintiff, APPLES GEORGE, hereby subjects herself to the jurisdiction of this Court.
10. Defendant PUBLIX SUPER MARKETS, INC., is a corporation which was incorporated under the laws of the State of Georgia with its principal place of business located in the State of Georgia. It may be served with the Renewed Complaint and Summons as provided by law by serving its registered agent, Corporate Creations Network, Inc., 2985 Gordy Parkway, First Floor in Marietta, Georgia 30066.
11. Defendant PUBLIX SUPER MARKETS, INC. has been properly served with process in this action.

12. Defendant PUBLIX SUPER MARKETS, INC. has been timely served with process in this action.

13. At the time of the events giving rise to this action, Defendant PUBLIX SUPER MARKETS, INC., owned a business with a physical location was in Hall County, Georgia, they transacted business in Hall County, Georgia and committed tortious acts or omissions in Hall County, Georgia.

14. At all times material hereto, Defendant PUBLIX SUPER MARKETS, INC., operated a facility located at 5900 Spout Springs Road in Flowery Branch, Georgia 30542.

15. Defendant ABC Corporation is unknown and unidentified at this time. Defendant ABC Corporation is believed to have owned, managed, or controlled the premises where Plaintiff was injured as outlined below. The true name or capacity of Defendant ABC Corporation is presently unknown to Plaintiff. Upon ascertaining the name of this Defendant, Plaintiff will amend this Renewed Complaint to show its true name. Plaintiff alleges on information and belief that this Defendant may in some manner be responsible for the acts or omissions alleged herein.

16. Defendant(s) John Doe(s) 1-3 is/are unknown and unidentified at this time. Defendant(s) John Doe(s) 1-3 is/are believed to be (an) employee(s) of Defendant PUBLIX SUPER MARKETS, INC., and/or Defendant ABC CORPORATION

that owned, managed, or controlled the premises where Plaintiff was injured as outlined below. The true name or capacity of Defendant(s) John Doe(s) 1-3 is/are presently unknown to Plaintiff. Upon ascertaining the name of this/these Defendant(s), Plaintiff will amend this Renewed Complaint to show their true name. Plaintiff alleges on information and belief that this/these Defendant(s) may in some manner be responsible for the acts or omissions alleged herein.

17. Venue is proper in Hall County.

## **STATEMENT OF FACTS**

18. Plaintiff re-alleges and incorporates herein by reference paragraphs one through the preceding paragraph of this Renewed Complaint for Damages as if each paragraph were set forth herein, *seriatim*.

19. On or about September 3, 2022, Plaintiff was an invitee at the Defendant's/Defendants' business, located at 5900 Spout Springs Road, Flowery Branch, Georgia 30542 (hereinafter "the Premises").

20. Upon information and believe, at all times material hereto, Defendants John Doe(s) 1-3 were employees/agents of Defendant PUBLIX SUPER MARKETS, INC., and/or Defendant ABC CORPORATION's business and acting within the scope of their employment.

21. Unbeknownst to the Plaintiff and despite her exercise of ordinary care, Defendant, PUBLIX SUPER MARKETS, INC., failed to properly maintain the Premises which created a hazardous condition at or near the entrance of the store.

22. As a result of the Defendant PUBLIX SUPER MARKETS, INC., and/or Defendant ABC CORPORATION's failure to properly maintain the Premises, Plaintiff was injured, resulting in significant personal injury for which Defendant PUBLIX SUPER MARKETS, INC., and/or Defendant ABC CORPORATION are liable.

23. At all times material to this incident, Defendant PUBLIX SUPER MARKETS, INC., and/or Defendant ABC CORPORATION was and are still in sole control and possession of the Premises and appurtenances thereto.

24. At all times material to this incident, Defendant PUBLIX SUPER MARKETS, INC., and/or Defendant ABC CORPORATION had a duty to its invitees to keep and maintain the Premises, in a reasonably safe condition for the use of invitees.

25. Defendant PUBLIX SUPER MARKETS, INC., and/or Defendant ABC CORPORATION are negligent and breached this duty.

26. Plaintiff did not do anything to cause or contribute to her injuries.

## COUNT I - NEGLIGENCE OF DEFENDANTS

27. Plaintiff re-alleges and incorporates herein by reference paragraphs one through the preceding paragraph of this Renewed Complaint for Damages as if each paragraph were set forth herein, *seriatim*.

28. Under Georgia law, "where an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe." O.C.G.A. § 51-3-1

29. Defendant(s) had a non-delegable duty to maintain safe equipment within their premises for Plaintiff and they breached this duty.

30. Defendant(s) had actual or constructive knowledge of hazardous condition before Plaintiff's injury.

31. At all times material, Defendant(s) knew or should have known that many invitees traverse their property where the hazardous condition occurred and therefore presented a significant risk of injury to invitees.

32. At all times material, Defendant(s) failed to provide notice or warning to invitees that they faced a hazardous condition within the Premises.

33. Defendant(s) breached their duties to the Plaintiff by failing to exercise proper, ordinary, and reasonable care in keeping the Premises safe, by failing to warn

Plaintiff of known or discoverable hazardous dangers, and for willful or wanton acts.

34. Defendant(s) were negligent in failing to properly inspect the doorway they allowed to be traversed, in failing to take adequate measures to protect invitees from hazards on the premises, in failing to have a reasonable policy for inspecting its premises, failing to follow its policies for inspecting its premises, and in negligently failing to repair or negligently repairing the hazardous conditions.

35. At all times material hereto, individuals responsible for inspecting and maintaining the Premises were employed by and/or supervised by (one or more) Defendant(s) and were acting within the scope of their employment.

36. Defendant(s) are responsible for the conduct of these individuals under the doctrine of *respondeat superior*, agency or apparent agency.

37. Defendant(s) were negligent in training its employees concerning inspections of their Premises, repairing their Premises, and/or cleaning and maintaining of the Premises, as well as failing to supervise its employees to ensure appropriate policies and procedures were followed.

38. As a direct and proximate result of Defendant's/Defendants' negligence and the unreasonable risk presented thereby, Plaintiff did in fact sustain injury due to the hazardous condition on the Premises and due to (one or more) Defendants'/Defendant's failures to warn Plaintiff.

39. As a proximate and foreseeable result of the negligence of Defendant(s), Plaintiff sustained serious injuries, endured pain and suffering, mental anguish, and suffered other damages as will be proven at trial and permitted under Georgia law.

**COUNT II - INJURIES AND DAMAGES**

40. Plaintiff re-alleges and incorporates herein by reference paragraphs one through the preceding paragraph of this Renewed Complaint for Damages as if each paragraph were set forth herein, *seriatim*.

41. As a direct and proximate result of the Defendants'/Defendant's negligence, Plaintiff incurred and continues to incur damages for medical care and treatment.

42. As a direct and proximate result of the Defendants'/Defendant's negligence, Plaintiff incurred lost wages.

43. Plaintiff has not fully recovered from her injuries and is expected to incur future medical expenses, which are a direct and proximate result of the Defendants'/Defendant's negligent actions.

44. As a direct and proximate result of the Defendants'/Defendant's negligence, Plaintiff is entitled to recover for her past and future medical expenses from Defendants(s).

45. As a direct and proximate result of Defendants'/Defendant's negligence, Plaintiff is entitled to recover for her past and future pain and suffering in amount determined by the enlightened conscience of an impartial jury.

**COUNT III - ATTORNEY'S FEES**

46. Plaintiff re-alleges and incorporates herein by reference paragraphs one through the preceding paragraph of this Renewed Complaint for Damages as if each paragraph were set forth herein, *seriatim*.

47. The Defendant(s) has/have acted in bad faith, has been stubbornly litigious and/or has caused Plaintiff unnecessary trouble and expense.

48. As a result of the Defendants'/Defendant's actions, Plaintiff is entitled to an award of attorney's fees pursuant to O.C.G.A § 13-6-11.

WHEREFORE, Plaintiff, APPLES GEORGE, prays for a trial on all issues and judgment against Defendants PUBLIX SUPER MARKETS, INC., JOHN DOE(S) 1-3; and ABC CORPORATION as follows:

(a) That Plaintiff recover the full value of past and present medical expenses totaling no less than $4,825.25 (Four Thousand, Eight Hundred Twenty-Five Dollars and Twenty Five Cents), future medical expenses, past lost wages, and future lost wages in an amount to be proven at trial;

(b) That Plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c) That Plaintiff recover her reasonable expenses of litigation, including reasonable attorneys' fees and costs;

(d) That Plaintiff recover such other and further relief as is just and proper; and

(e) That all issues be tried before a jury.

Respectfully submitted on **April 16** of 2025.

*/s/ Joseph H. Roesch, Esq.*
Georgia Bar No. 848447
Counsel for Plaintiff

**KELLER SWAN, PLLC**
1917 Bull Street
Savannah, GA 31401
TEL (912) 200-7066
FAX (561) 766-7054
joseph@kellerswan.com
yasuri@kellerswan.com

**IN THE STATE COURT OF HALL COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| APPLES GEORGE,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC., JOHN DOE(S) 1-3; and ABC CORPORATION,<br><br>Defendants. | RE: CIVIL ACTION FILE NO.<br><br>2024SV001113<br><br>Removed from the State Court of Hall County, Georgia and identified as Federal Civil Action File No.<br><br>2:24-CV-00255-SCJ |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that the foregoing document is being contemporaneously served by electronic mail to:

**JOSEPH. P. MENELLO, Esq.**
WICKER SMITH O'HARA MCCOY & FORD, P.A.
3414 Peachtree Road NE | Suite 960

Atlanta, Georgia 30326
jmenello@wickersmith.com | atrlcrtpleadings@wickersmith.com

Respectfully submitted on **April 16** of 2025.

*/s/ Joseph H. Roesch, Esq.*
Georgia Bar No. 848447
Counsel for Plaintiff

**KELLER SWAN, PLLC**
1917 Bull Street
Savannah, GA 31401
TEL (912) 200-7066
FAX (561) 766-7054
joseph@kellerswan.com
yasuri@kellerswan.com